UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anthony Batson  Docket No. 7:00-CR-49-1F

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Batson, who upon an earlier plea of guilty to 18 U.S.C.§922(g)(1), Possession of a Firearm by a Convicted Felon, and 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine Base, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 20, 2001, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On March 1, 2001, the court amended the judgment and reduced the amount of supervised release imposed to 3 years. On June 21, 2002, the court amended the judgment pursuant to Rule 35(b) and imposed a term of imprisonment of 141 months followed by a three year term of supervised release.

Anthony Batson was released from custody on March 9, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Batson began the term of supervised release and met with the probation officer as directed. During this meeting, it appeared Batson was struggling with his return to society after such a lengthy incarceration, and while incarcerated he had numerous violations and spent a majority of his time in disciplinary segregation. Based on his actions and comments to this officer, it appears he would benefit from mental health treatment including medication to control his anxiety and other mental health issues. As such, he asked to participate in mental health treatment. Therefore, this officer recommends the court impose this condition so he can be referred to our local mental health treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton  /s/ John A. Cooper
Robert L. Thornton  John A. Cooper
Supervising U.S. Probation Officer  U.S. Probation Officer
 2 Princess Street, Suite 308
 Wilmington, NC 28401-3958
 Phone: 910-679-2046
 Executed On: March 16, 2017

Anthony Batson
Docket No. 7:00-CR-49-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___March___, 2017, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge